■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. FOCHLER, III, Appellant. [665 NYS2d 599] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of burglary in the third degree. His contention that County Court erred in its charge on criminal intent is not preserved for our review (*see, People v Tate*, 200 AD2d 602, 603, *lv denied* 83 NY2d 811) and in any event lacks merit. The record establishes that the court sustained defendant's objection to the admission of a screwdriver into evidence. The single question asked by the court of a defense witness did not deprive defendant of a fair trial (*see, People v Jagopat*, 216 AD2d 583, *lv denied* 87 NY2d 847). Finally, the proof is legally sufficient to establish that defendant intended to commit a crime at the time he unlawfully entered the factory (*see, People v Owens*, 204 AD2d 1055, 1056; *People v Nuhibian*, 201 AD2d 962, *lv denied* 83 NY2d 856; *People v Haile*, 128 AD2d 891). (Appeal from Judgment of Genesee County Court, Morton, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.